UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOIDA NICOLAS LEWIS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. _____ |
| ) | |
| BROADCASTURBAN FILMWORKS, L.L.C., ) | |
| ) | |
| Respondent. ) | |

### AFFIDAVIT OF KEVIN A. FRITZ

1.   I am Kevin A. Fritz. I am over 18 years of age and am competent to testify based on personal knowledge of the facts stated herein.

2.   I make this declaration in support of Petitioner, Loida N. Lewis's ("Lewis") Verified Petition to Confirm Arbitration Award ("Petition").

3.   I am counsel for Lewis in the underlying arbitration and assisted in preparation of this Petition.

4.   True and correct copies of the Option/Literary Purchase Agreement and corresponding Literary Purchase Agreement (collectively, the "Agreements") are attached hereto as **Exhibit A**.

5.   A true and correct copy of the Interim Award issued on January 14, 2013 in the arbitration styled *UrbanBroadcast FilmWorks, LLC v. Loida Nicolas Lewis*, before the Independent Film & Television Alliance International Arbitration Tribunal, case no. 12-50, is attached hereto as **Exhibit B**.

6. A true and correct copy of the Final Award issued on March 20, 2013 in the Arbitration is attached hereto as **Exhibit C**.

7. Attached hereto collectively as **Exhibit D** are true and correct copies of emails between my me and my law partner L. Londell McMillan, and counsel for respondent BroadcastUrban FilmWorks, LLC ("BroadcastUrban") seeking payment of the sums awarded to Lewis in the Arbitration by the Final Order.

8. On May 7, 2013, I and Mr. McMillan spoke via telephone to Jesse Wineberry, Chief Executive Officer of BroadcastUrban, who advised that BroadcastUrban would not pay the amount awarded to Lewis in the Final Order absent court intervention.

9. As of the date of this Affidavit, BroadcastUrban has not paid Lewis any portion of the amount awarded to Lewis in the Final Order.

10. My law firm, Meister Seelig & Fein, LLP, on behalf of Lewis, performed $6,252.50 in legal services in preparation of this Petition, comprised of

\*    3.5 hours of time billed by myself, a partner at Meister Seelig & Fein, LLP, at the rate of $465.00 per hour;

\*    5 hours of time of my partner, L. Londell McMillan, billed at $550.00 per hour;

\*    and 7.5 hours of time of an associate, Chelsea Silverstein, billed at $250.00 per hour.

My firm also billed $143.39 for online legal research charges, bringing the total costs (legal fees and expenses) to $6,395.89.

11. Meister Seelig & Fein, LLP maintains an electronic time entry system that is used by its attorneys and staff to record time entries on a daily basis for professional services

provided to clients. This system was used to record time for legal services provided in preparation of the Petition.

12. The time entries for legal services include a description of the work performed, and the amount of time spent on the task. The entries made by Meister Seelig & Fein, LLP were detailed and accurate, and represented a reasonable amount of time for the required tasks performed, which tasks were necessary for the preparation and presentation of the Petition. My law firm's bills are available for the Court's review, if necessary.

13. The hourly rates billed by Meister Seelig & Fein, LLP to Lewis reflect our standard hourly rates charged to our litigation clients. Meister Seelig & Fein, LLP's standard hourly rates are similar to our competitor law firms both nationally and the Washington DC legal market.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: June 6, 2013

_____
Kevin A. Fritz