| | |
|---|---|
| **From:** | newmandk@gtlaw.com |
| **To:** | L. Londell McMillan; |
| **cc:** | Kevin A. Fritz; |
| **Subject:** | RE: Lewis, Loida N. - BroadcastUrban Filmworks, LLC: Broadcast Urban |
| **Date:** | Friday, April 19, 2013 7:40:03 PM |

Hello Londell,
Jesse just called me.  He just returned to the US from France and is willing to discuss the matter with you directly on Monday.  He asked me to communicate that this direct conversation is not to be the normal course going forward and that after Monday communications should still be directed through me, so this should in no way be taken as a waiver of his right to have communications go through his counsel.   He asks that you give him a call on Monday 4/22 between 9 am and 5 pm Pacific Time.  If you can set a particular time, great, but he will make himself available any time during that window.  He also asks that the conversation involve just you (Londell) and Jesse.  Please call him Monday at 310-295-2007

Regards,

Daniell  Newman
Associate
Greenberg Traurig, LLP  | 1840 Century Park East
Suite 1900  | Los Angeles, CA  90067-2121
Tel 310.586.3857  | Fax 310-586-0557  | Cell 310.435.1377
newmandk@gtlaw.com | www.gtlaw.com


-----Original Message-----
From: L. Londell McMillan [mailto:llm@msf-law.com]
Sent: Thursday, April 18, 2013 2:16 PM
To: Newman, Daniell (Assoc-LA-LT); Kevin A. Fritz
Subject: Re: Broadcast Urban

Daniel,

Does Jesse intend to pay or not?  Do you have a reply from him?  Are you in communications wh him?   We need this resolved immediately.

Regards,

Londell                      EXHIBIT D
r herein.

------------------------------------------------------------------

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate such information.  Pursuant to IRS Circular 230, any tax advice in this email may not be used to avoid tax penalties or to promote, market or recommend any matter herein.

| | |
|---|---|
| **From:** | newmandk@gtlaw.com |
| **To:** | Kevin A. Fritz; |
| **cc:** | L. Londell McMillan; |
| **Subject:** | RE: Lewis, Loida N. - BroadcastUrban Filmworks, LLC: Broadcast Urban |
| **Date:** | Tuesday, April 09, 2013 2:34:35 PM |

I sent along your inquiry.

-----Original Message-----
From: Kevin A. Fritz [mailto:kaf@msf-law.com]
Sent: Tuesday, April 09, 2013 11:31 AM
To: Newman, Daniell (Assoc-LA-LT)
Cc: L. Londell McMillan
Subject: RE: Broadcast Urban

Any update on this?

Kevin Fritz
Meister Seelig & Fein LLP
2 Grand Central Tower
140 East 45th Street, 19th Floor
New York, NY 10017
Phone: 212-655-3570
Fax: 212-655-3535

- Please consider the environment before printing this e-mail

NOTICE: Unless specifically set forth herein, the transmission of this
communication is not intended to be a legally binding electronic signature, and no
offer, commitment or assent on behalf of the sender or its client is expressed or
implied by the sending of this email, or any attachments hereto. NOTICE OF
ATTORNEY'S CONFIDENTIALITY: The material submitted herewith contains, and is
intended to be a confidential transmission of information or documents from
MEISTER SEELIG & FEIN LLP which is legally privileged. The materials or
information enclosed are intended only for the use of the individual or entity
named in this transmission. If you are not the intended recipient, any disclosure,
copying, distribution or the taking of any action in reliance on the contents of this
transmission is strictly prohibited. If you have received this transmission in error,
please notify us by telephone immediately, so that we can arrange for the return
of the original documents to us at our cost.
*******************************************************************
IRS CIRCULAR 230 DISCLOSURE: As required by U.S. Treasury Regulations
governing tax practice, you are hereby advised that any written tax advice
contained herein was not written or intended to be used (and cannot be used) by
any taxpayer for the purpose of avoiding penalties that may be imposed under the

U.S. Internal Revenue Code.


-----Original Message-----
From: newmandk@gtlaw.com [mailto:newmandk@gtlaw.com]
Sent: Friday, April 05, 2013 3:28 PM
To: Kevin A. Fritz
Cc: L. Londell McMillan
Subject: RE: Broadcast Urban

I will transmit your inquiry.

-----Original Message-----
From: Kevin A. Fritz [mailto:kaf@msf-law.com]
Sent: Friday, April 05, 2013 12:18 PM
To: Newman, Daniell (Assoc-LA-LT)
Cc: Londell McMillan
Subject: Re: Broadcast Urban

Ok. When is he wiring the funds owed?

Sent from my iPhone

On Apr 5, 2013, at 3:14 PM, "newmandk@gtlaw.com" <newmandk@gtlaw.com>
wrote:

> Kevin, I passed this request on to Jesse and just heard back from him.  He
asked me to communicate that he is in France scouting locations and that for the
time being, all communications to him be directed through me.
>
> -----Original Message-----
> From: Kevin A. Fritz [mailto:kaf@msf-law.com]
> Sent: Tuesday, April 02, 2013 10:03 AM
> To: Newman, Daniell (Assoc-LA-LT)
> Subject: Broadcast Urban
>
> Can Londell contact Jesse directly about the fees owed?
>
> Sent from my iPhone
>
> -------------------------------------------------------------------
> If you are not an intended recipient of confidential and privileged information in
this email, please delete it, notify us immediately at postmaster@gtlaw.com, and
do not use or disseminate such information.  Pursuant to IRS Circular 230, any tax
advice in this email may not be used to avoid tax penalties or to promote, market
or recommend any matter herein.

| From: | newmandk@gtlaw.com |
|---|---|
| To: | Kevin A. Fritz; |
| cc: | L. Londell McMillan; |
| Subject: | RE: Lewis, Loida N. - BroadcastUrban Filmworks, LLC: IFTA Arbitration #12-50 |
| Date: | Monday, March 25, 2013 3:22:39 PM |

Please also take notice that while the Final Award is dated March 20, 2013, the parties were not served with the Award until Ms. Starkey sent her email on the afternoon of March 21, 2013.  The cover service letter is dated March 21, 2013 and that is the date on which all parties were emailed the award.   I hope you will agree that no interest could accrue before the award was issued.

**From:** Kevin A. Fritz [mailto:kaf@msf-law.com]
**Sent:** Monday, March 25, 2013 12:09 PM
**To:** Newman, Daniell (Assoc-LA-LT)
**Cc:** L. Londell McMillan
**Subject:** FW: IFTA Arbitration #12-50
**Importance:** High

Mr. Newman:

As set forth in the attached Final Award, $129,375.92 is due and payable from March 20, 2013 by BroadcastUrban to Mrs. Lewis.  Wiring instructions for our escrow account are attached.  Please direct your client to wire the funds immediately, as interest is accruing.  Thank you for your attention to this matter.


Kevin Fritz
Meister Seelig & Fein LLP
2 Grand Central Tower
140 East 45th Street, 19th Floor
New York, NY 10017
Phone: 212-655-3570
Fax: 212-655-3535


 *Please consider the environment before printing this e-mail*

NOTICE: Unless specifically set forth herein, the transmission of this communication is not intended to be a legally binding electronic signature, and no offer, commitment or assent on behalf of the sender or its client is expressed or implied by the sending of this email, or any attachments hereto. NOTICE OF ATTORNEY'S CONFIDENTIALITY: The material submitted herewith contains, and is intended to be a confidential transmission of information or documents from MEISTER SEELIG & FEIN LLP  which is legally privileged. The materials or information enclosed are intended only for the use of the individual or entity named in this transmission. If you are not the intended recipient, any disclosure, copying, distribution or the taking of any action in reliance on the contents of this transmission is strictly prohibited. If you have received this transmission in error, please notify us by telephone immediately, so that we can arrange for the return of the original documents to us at our cost.
*****************************************************************
IRS CIRCULAR 230 DISCLOSURE: As required by U.S. Treasury Regulations governing tax practice, you are hereby advised that any written tax advice contained herein was not written or intended to be used (and cannot be used) by any taxpayer for the purpose of avoiding penalties that may be imposed under the U.S. Internal Revenue Code.

**From:** Richonda Starkey [mailto:rstarkey@ifta-online.org]
**Sent:** Thursday, March 21, 2013 4:57 PM
**To:** newmandk@gtlaw.com; L. Londell McMillan; Kevin A. Fritz
**Subject:** Lewis, Loida N. - BroadcastUrban Filmworks, LLC: IFTA Arbitration #12-50
**Importance:** High

Gentlepersons:

In accordance with Paragraph 12.3 of the applicable IFTA Rules for International Arbitration, attached is a fully executed Final Arbitration Award rendered in this matter.

This Award is being forwarded to the Parties via email, with an original to follow via USPS certified mail.  If you would like to receive the Award via courier, please provide IFTA with your courier account number no later than close of next business day from the date of this email.

Sincerely,

Case 1:13-cv-00897-JDB   Document 1-5   Filed 06/13/13   Page 7 of 7

**Richonda Starkey □Arbitral Agent**

**Independent Film □ Television Alliance®**

□□□□ Wilshire Blvd□□<sup>th</sup> Floor □Los Angeles □CA USA □□□□□

rstarkey□ IFTA-online□rg  □□□□□□□□□□  □□□□□□□□□□□□  □f□

www□IFTA-online□rg  □IFTA on Facebook

---

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate such information. Pursuant to IRS Circular 230, any tax advice in this email may not be used to avoid tax penalties or to promote, market or recommend any matter herein.