UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LOIDA NICOLAS LEWIS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. _____ |
| | ) | |
| BROADCASTURBAN FILMWORKS, L.L.C., | ) | |
| | ) | |
| Respondent. | ) | |

## AFFIDAVIT OF JEFFREY M. MERVIS

1. I am Jeffrey M. Mervis. I am over 18 years of age and am competent to testify based on personal knowledge of the facts stated herein. I am an attorney and have practiced in the area of commercial and business litigation continuously since being admitted to practice in Virginia in 1989, and in the District of Columbia and Maryland in 1990.

2. I make this declaration in support of Petitioner, Loida N. Lewis's ("Lewis") Verified Petition to Confirm Arbitration Award ("Petition").

3. I am counsel for Lewis and assisted in preparation of the Petition.

4. As of the date of this Affidavit, my law firm, The Sack Law Firm, PC, on behalf of Lewis, performed $2,480.00 in legal services in review of the pertinent documentation and awards, preparation of the Petition, affidavits and proposed Order, comprised of 6.2 hours of time billed by myself, at the rate of $400.00 per hour.

5. The Sack Law Firm, PC maintains an electronic time entry system that is used by its attorneys and staff to record time entries on a daily basis for professional services provided

to clients. This system was used to record time for legal services provided in preparation of the Petition.

6. The time entries for legal services include a description of the work performed, and the amount of time spent on the task. The entries made by The Sack Law Firm, PC are detailed and accurate, and represent a reasonable amount of time for the required tasks performed, which tasks were necessary for the preparation and presentation of the Petition.

7. The hourly rate billed by The Sack Law Firm, PC to Lewis for my time reflects the standard hourly rates charged to our litigation clients. My hourly rate is similar to competitor law firms in the Washington DC legal market, and is commensurate with attorneys with similar experience and training.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: June 12, 2013

_____
Jeffrey M. Mervis

2